UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:17-cv-04182-SVW-JPR | Date | August 16, 2017 |
|---|---|---|---|
| Title | Adelfo Cerame v. Tilly's, Inc. et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER re NOTICE of Acceptance of Offer of Judgment filed by Plaintiff Adelfo Cerame [11]

The parties are ordered to lodge a proposed judgment within fifteen days of this order.

                                                                                    :
                                                   Initials of Preparer        PMC